**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**LUIS ALBERTO DE LOS SANTOS VALIER,**

Petitioner,

**v.** Civil Action No. **3:26CV916 (RCY)**

**TODD BLANCHE, *et al.*,**

Respondents.

**MEMORANDUM OPINION**

Luis Alberto De Los Santos Valier ("Petitioner"), proceeding *pro se*, is an alien who is present in the United States without admission. He filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 Petition ("§ 2241 Petition," ECF No. 1), challenging the lawfulness of his detention by Immigraton and Customs Enforcement ("ICE"). Petitioner is currently detained at the El Paso Processing Center in El Paso, Texas. ECF No. 1, at 1. "Generally, a habeas petition seeking to challenge present physical custody should be filed in the 'district of confinement' and 'the proper respondent to a habeas petition is the person who has custody over [the petitioner].'" *Suri v. Trump*, 184 F.4th 260, 276 (4th Cir. 2026) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 434, 447 (2004) (alteration in original)); *see also* 28 U.S.C. § 2242.

Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. Petitioner remains free to refile the action in the district of his detention.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 15, 2026
Richmond, Virginia